CEM: USAO# 2025R00022
hmg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. |
| --- | --- |
| v. | BAH 25cr59 |
| RYAN CHRISTOPHER HALL, | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. §2253) |
| Defendant. | |

### INDICTMENT

### COUNTS ONE THROUGH SIX
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

#### General Allegations

1. Defendant **RYAN CHRISTOPHER HALL** ("**HALL**") was born in 1974, and resided in Woodbine, Maryland.

2. Minor Victim 1 was born in 2003.

3. Minor Victim 2 was born in 2001.

#### The Charges

4. On or before the dates listed below, each instance being a separate count, in the District of Maryland, the defendant,

**RYAN CHRISTOPHER HALL,**

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce the prepubescent minor victims listed below to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depiction of such conduct, and said visual depictions were produced and transmitted using materials that were

1

mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, as follows:

| Count | Date | Details |
|---|---|---|
| 1 | May 30, 2017 | A video file, titled "3315_video7485.avi," depicting **HALL** using his hand to expose Minor Victim 1's genitals, stored on a Sans Disk Ultra Plus 128GB SD card, serial number 6137DRED10CK, manufactured outside of the United States. |
| 2 | October 11, 2019 | A video file, titled "REC00017K18-06-14," depicting Minor Victim 1 masturbating her exposed genitals, stored on a Sans Disk Ultra Plus 128GB SD card, serial number 6137DRED10CK, manufactured outside of the United States. |
| 3 | October 11, 2019 | A video file, titled "REC00060L18-4-16," depicting Minor Victim 2's exposed genitals, stored on a Sans Disk Ultra Plus 128GB SD card, serial number 6137DRED10CK, manufactured outside of the United States. |
| 4 | October 11, 2019 | A video file titled "17510004L16-12-15," depicting Minor Victim 2 masturbating her exposed, stored on a Sans Disk Ultra Plus 128GB SD card, serial number 6137DRED10CK, manufactured outside of the United States. |
| 5 | August 17, 2021 | An image file, titled "screenshot_20201209-000734_Video Player.jpg," depicting Minor Victim 1 inserting her finger into her exposed genitals, stored on a Sans Disk Ultra Plus 128GB SD card, serial number 6137DRED10CK, manufactured outside of the United States. |
| 6 | May 30, 2018 | A video file, titled "REC00033K19-05-14.avi," depicting Minor Victim 1 engaged masturbating her exposed, stored on a Sans Disk Ultra Plus 128GB SD card, serial number 6137DRED10CK, manufactured outside of the United States. |

U.S.C. §§ 2251(a)

## COUNT SEVEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 9, 2024, in the District of Maryland, the defendant,

**RYAN CHRISTOPHER HALL,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a cell phone, Samsung S9, ID A3LSMG96OU, made in Vietnam, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT EIGHT
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 18, 2024, in the District of Maryland, the defendant,

### RYAN CHRISTOPHER HALL,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: an ImageMate 256GB Micro SD card, serial number 2033YCCN309M, manufactured outside of the United States, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT NINE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 18, 2024, in the District of Maryland, the defendant,

**RYAN CHRISTOPHER HALL,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: SanDisk UltraPlus 32GB SD card, serial number 7341XVACE5NA, manufactured outside of the United States, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT TEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 18, 2024, in the District of Maryland, the defendant,

### RYAN CHRISTOPHER HALL,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: ImageMate 256GB Micro SD card, serial number 0202YXCRE15Y, manufactured outside of the United States, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One through Ten of this Indictment.

### Sexual Exploitation of Children Forfeiture and Possession of Child Pornography

2. Upon conviction of any of the offenses set forth in Counts One through Ten of this Indictment, the defendant,

### RYAN CHRISTOPHER HALL,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following items seized from the defendant's vehicle, in Harford County, on or about October 9 and 18, 2024:

   a. a Sans Disk Ultra Plus 128GB SD card, serial number 6137DRED10CK;

   b. a Samsung S9 cell phone, ID A3LSMG96OU;

    c. an ImageMate 256GB Micro SD card, serial number 2033YCCN309M;

    d. a SanDisk UltraPlus 32GB SD card, serial number 7341XVACE5NA; and

    e. an ImageMate 256GB Micro SD card, serial number 0202YXCRE15Y

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly O Hayes* /KEM/
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

3/12/25
Date

8